**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martha A. McNair, | No. CV-14-00869-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Maxwell & Morgan PC, et al., | |
| Defendants. | |

The Court ruled on Plaintiff's motion for partial summary judgment (Doc. 80) and Defendants' cross motion for summary judgment (Doc. 100) on September 22, 2015. Doc. 124. Both parties subsequently moved for reconsideration of section III(B)(2)(a) of the Court's September 22, 2015 order. Docs. 126, 130. The issues are fully briefed. The Court will grant both parties' motions and issue an amended order.[1]

**IT IS ORDERED:**

1. Plaintiff's (Doc. 130) and Defendants' (Doc. 126) motions for reconsideration are **granted**.

---

[1] Both parties' requests for oral argument are denied because the issues have been fully briefed and oral argument will not aid the Court's decision. *See* Fed. R. Civ. P. 78(b); *Partridge v. Reich*, 141 F.3d 920, 926 (9th Cir. 1998).

2. The Court will issue a separate amended order ruling on Plaintiff's partial motion for summary judgment (Doc. 80) and Defendants' cross motion for summary judgment (Doc. 100).

Dated this 4th day of November, 2015.

_____
David G. Campbell
United States District Judge